DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH L. SLOBODA** a/k/a
**JOSEPH SLOBODA,**
Appellant,

v.

**RICHARD FAMIGLIETTI,**
Appellee.

No. 4D19-1239

[May 21, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE17-19000.

Jason Gordon of the Law Offices of Jason Gordon, P.A., Hollywood, for appellant.

Marc B. Cohen, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***